| Date | Pleading Number | |
|---|---|---|
| 9/?/72 | 1. | MOTION OF DEF. NEW YORK TIMES CO. for coordinated pretrial proceedings Supp. brief, cert. of service, complaint att'd as exhibits. S.D.N.Y. as choice for trans'e forum. |
| 10/4/72 | | AMBOOK Enterprises, request for an extension of time to file and serve response. ORDER - extending to all parties the time to file and serve response to and including Oct. 18, 1972. Notified counsel. |
| 10/5/72 | 2 | YOUNG AND RUBICAM INTERNATIONAL INC. motion and brief for consolidation of A-1 and A-2 in the S.D.N.Y. pursuant to 28 U.S.C. §1407 |
| 10/13/72 | | YOUNG AND REBICAM INTL., INC. letter supplementing brief of 10/5/72 served on all counsel. |
| 10/18/72 | 3 | TIME INC. response to motions w/cert of service |
| 10/20/72 | 4 | TIMES SQUARE ASSOCIATES AND IRA JAY SANDS Response to motion w/cert of cervice |
| 10/24/72 | 5 | AMBOOK (Motion to stay proceedings pending determination of motion to transfer Philadelphia action) w/cert of service memo in support of motion. |
| 10/24/72 | | HEARING ORDER - Setting A-1, A-2, A-3 Washington, D.C. Nov. 29, 1972 Notified Counsel. |
| 11/6/72 | 6 | NEW YORK TIMES CO. Brief in Opposition to Motion to Stay Proceedings W/cert of service |
| 11/13/72 | 7 | YOUNG & RUBICAM INTL., INC. BRIEF IN OPPOSITION TO STAY OF PROCEEDINGS w/cert of service. |
| 12/12/72 | | ORDER- Denying transfer of litigation pursuant to 28 U.S.C. §1407. Order stated motion as moot. Distribution made. |

DOCKET NO. __116__ -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

IN RE ADVERTISING RATE ANTITRUST LITIGATION

DENIED 12/12/72

### Summary of Panel Action

Date(s) of Hearing(s) 11/29/72

Date(s) of Opinion(s) or Order(s) _12/12/72_

Consolidation Ordered _____   Name of Transferee Judge _____

Consolidation Denied ✓   Transferee District _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | National Auto Brokers Corp., et al. v. General Motors Corp., et al. | S.D.N.Y. ~~Lasker~~ GRIESA | 70 Civ 5421 | | | | |
| A-2 | Times Square Associates and Ira Jay Sands v. New York Times Co., et al. | S.D.N.Y. ~~Weinfeld~~ LASKER | 72 Civ 3515 | | | | |
| A-3 | Ambook Enterprises v. Time Inc., et al. | E.D.Pa. Bechtle | 72-1058 | | | | |

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 116 -- IN RE ADVERTISING RATE ANTITRUST LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1 | Carl E. Person, Esquire<br>132 Nassau Street<br>New York, New York 10038 | NEW YORK TIMES CO. (Movant)<br>  Floyd Abrams, Esquire<br>  Cahill, Gordon, Sonnett, Reindel & Ohl<br>  80 Pine Street<br>  New York, New York 10005<br>  212 - 944-7400 |
| A-2 | Irving Bizar, Esquire<br>Demov, Morris, Levin & Shein<br>1180 Avenue of the Americas<br>New York, New York 10036 | NEW YORK NEWS, INC.<br>NEWSDAY, INC. (A-1)<br>~~NIAGARA FALLS GAZETTE~~<br>WESTCHESTER ROCKLAND NEWSPAPERS, INC.<br>  Andrew L. Hughes, Esquire<br>  Townley, Updike, Carter & Rogers<br>  220 East 42nd Street<br>  New York, New York 10017 |
| A-3 | ~~Richard A. Ash, Esquire~~<br>Cletus P. Lyman, Esquire<br>1612 Latimer Street<br>Philadelphia, Pennsylvania 19103<br>Lyman & Ash | NIAGARA FALLS GAZETTE (A-1)<br>WESTCHESTER ROCKLAND NEWSPAPERS, INC.<br>  William H. Morris, Esquire<br>  Nixon, Hargrave, Devans & Doyle<br>  One Exchange Street<br>  Rochester, New York 14614<br><br>AMERICAN ASSOCIATION OF ADVERTISING AGENCIES, INC. (A-3)<br>  Mahlon F. Perkins, Jr., Esquire<br>  Donovan, Leisure, Newton & Irvine<br>  Two Wall Street<br>  New York, New York 10005<br><br>THE BUFFALO-COURIER EXPRESS, INC. (A-1)<br>  Joseph W. Burns, Esquire<br>  Burns, Van Kirk, Jube & Kafer<br>  521 Fifth Avenue<br>  New York, New York 10017<br><br>  Charles Tuppen, Esquire<br>  Falk, Siemer, Glick, Tuppen & Maloney<br>  2200 Erie Bank Building<br>  Buffalo, New York 14202 |

2

| No. | Plaintiff | Defendant |
|---|---|---|
| | | DOW JONES & CO., INC. (A-1 & A-2)<br>  Thomas Thacher, Esquire<br>  Patterson, Belknap & Webb<br>  One Wall Street<br>  New York, New York   10005<br><br>NEW YORK TIMES CO. (A-3)<br>  Charles I. Thompson, Jr., Esquire<br>  Ballard, Spahn, Andrews & Ingersoll<br>  Land Title Building<br>  Philadelphia, Pennsylvania   19110<br><br>TIME INC. (A-3)<br>  Phillip H. Strubing, Esquire<br>  Pepper, Hamilton & Scheetz<br>  The Fidelity Building<br>  123 South Broad Street<br>  Philadelphia, Pennsylvania   19109<br><br>  Harold R. Medina, Jr., Esquire<br>  Cravath, Swaine & Moore<br>  One Chase Manhattan Plaza<br>  New York, New York   10005<br><br>BATTEN, BARTON, DURSTINE & OSBORNE, INC.<br>  (A-3)<br>  J. Robert Lunney, Esquire<br>  Lunney, Downey & Crocco<br>  20 Exchange Place<br>  New York, New York   10004<br><br>NEW YORK POST CORP. (A-2)<br>GENERAL MOTORS CORP. (A-1)<br>JAMES M. ROCHE         (A-1)<br>FREDERICK G. DONNER A-1)<br>~~(OF COUNSEL TO)~~ YOUNG & RUBICAM INT'L.<br>  INC. (A-3)<br>  ~~Lewis A. Kaplan,~~ Esquire<br>  Paul, Weiss, Rifkind, Wharton & Garrison<br>  345 Park Avenue<br>  New York, New York   10022<br><br>~~J. WALTER THOMPSON CO.~~<br>~~YOUNG & RUBICAM INTER'L, INC.~~<br>BATTEN, BARTON, DURSTINE & OSBORNE, INC.<br>TED BATES & CO., INC. (A-3)<br>  Raymond J. Bradley, Esquire<br>  Wolf, Block, Schoor & Solis-Cohen<br>  12th Floor, Packard Bldg.<br>  Philadelphia, Pennsylvaina   19102 |
| No. | Plaintiff | |

3

ATTORNEY LIST   --   JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 116 -- IN RE ADVERTISING RATE ANTITRUST LITIGATION

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
|     |           | (OF COUNSEL TO) J. WALTER THOMPSON CO. (A-1) [struck through]<br>NATIONAL BETTER BUSINESS BUREAU, INC.<br>THE BETTER BUSINESS BUREAU OF METROPOLITAN NEW YORK, INC.<br>BETTER BUSINESS BUREAU OF WESTCHESTER COUNTY (A-1)<br>  David S. Patterson, Esquire [struck through]<br>  Thomas A. Shaw, Esquire<br>  Breed, Abbott & Morgan<br>  One Chase Manhattan Plaza<br>  New York, New York  10005<br><br>TED BATES & CO., INC.  (A-3) [struck through]<br>  Larrabee Johnson, Esquire<br>  Ted Bates & Co., Inc.<br>  1515 Broadway<br>  New York, New York  10036<br><br>NEWMARK, POSNER & MITCHELL, INC.<br>655 Madison Avenue<br>New York, New York  10021     (A-2)<br><br>WINER & BAUM, INC.             (A-2)<br>211 East 43rd Street<br>New York, New York  10017<br><br>CROMWELL ADVERTISING AGENCY, INC.<br>11 West 42nd Street         (A-2)<br>New York, New York  10036<br><br>CHRYSLER CORP.          (A-1)<br>  Robert Ehrenbard, Esquire<br>  Kelley, Drye, Warren, Clark, Carr<br>    & Ellis<br>  350 Park Avenue<br>  New York, New York  10022<br><br>J. WALTER THOMPSON CO.<br>  Edward J. Ross, Esquire<br>  Breed, Abbott & Morgan<br>  1 Chase Manhattan Plaza<br>  New York, New York  10005 |

4

| No. | Plaintiff | Defendant |
|---|---|---|
|  |  | AMERICAN MOTORS CORP.   (A-1) <br>   Jay A. Herbst, Esquire <br>   Cross, Wrock, Miller & Vieson <br>   4200 Penobscot Building <br>   Detroit, Michigan   48226 <br><br> FORD MOTOR CO. <br> GOTHAM FORD, INC. <br> GRAND FORD, INC. <br> ROBIN FORD SALES, INC. <br> AMERICAN MOTORS CORP.   (A-1) <br>   William Piel, Jr., Esquire <br>   Sullivan & Cromwell <br>   48 Wall Street <br>   New York, New York   10005 <br><br> BOB BAIN CHEVROLET   (A-1) <br>   Joseph C. Tisdall, Esquire <br>   Williams, Williams, Volgenau & Tisdall <br>   1200 Genesse Building <br>   Buffalo, New York   14202 <br><br> PAUL BATT BUICK, INC.   (A-1) <br>   William R. Brennan, Esquire <br>   Brennan, Callahan, Tesseyman, Zelman, <br>     Runfalo & Noble <br>   1360 Statler Hilton Hotel <br>   Buffalo, New York   14202 <br><br> GLEN CAMPBELL CHEVROLET, INC.   (A-1) <br>   Isadore Snitzer, Esquire <br>   Borins & Snitzer <br>   1718 Statler Hilton Hotel <br>   Buffalo, New York   14202 <br><br> KEM DENGLER CHEVROLET OLDSMOBILE, INC.   (A-1) <br>   Donald C. Brandt, Esquire <br>   Brandt and Laughlin <br>   Post Office Box 155 <br>   34 South Portage Street <br>   Westfield, New York   14787 <br><br> HAMISTER-GILLOGLY CHEVROLET, INC. <br> NIAGARA FRONTIER AUTOMOIBILE DEALERS <br>   ASSN., INC.   (A-1) <br>   Joseph L. Watson, Esquire <br>   Hetzelt, Watson, McGarvey & Hetzelt <br>   1904 Liberty Bank Building <br>   Buffalo, New York   14202 <br><br> LUBY CHEVROLET CO., INC.   (A-1) <br>   John Lang, Esquire <br>   Campbell, Hyman & Lang <br>   2 Hamilton Avenue <br>   New Rochelle, New York   10801 |

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 116 -- IN RE ADVERTISING RATE ANTITRUST LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| | | BANO BUICK, INC.<br>MARTY MOTORS CORP.<br><u>MARK BUICK CORP.   (A-1)</u><br>  Howard Ordman, Esquire<br>  Putney, Twombley, Hall & Hirson<br>  250 Park Avenue<br>  New York, New York   10017<br><br><s>AL MAROONE FORD, INC.   (A-1)<br>  Salvatore J. Messina, Esquire<br>  Blair, Martin & Messina<br>  2000 Liberty Bank Building<br>  Buffalo, New York  14202</s><br><br><u>RUCKLE PONTIAC CO., INC.   (A-1)</u><br><s>KEM-DENGLER CHEVROLET-OLDSMOBILE, INC.</s><br>  Harvey D. Meyerson, Esquire<br>  Webster, Sheffield, Fleischmann,<br>    Hitchock & Brookfield<br>  1 Rockefeller Plaza<br>  New York, New York   10020<br><br><u>BANK OF DELAWARE   (A-1)</u><br>  Grant B. Hering, Esquire<br>  Cadwalader, Wickersham & Taft<br>  One Wall Street<br>  New York, New York   10005<br><br><u>C.I.T. FINANCIAL CORP.   (A-1)</u><br>  Donald I. Strauber, Esquire<br>  <s>Charles Pickett, Esquire</s><br>  Chadbourne, Parke, Whiteside & Wolff<br>  25 Broadway<br>  New York, New York   10004<br><br><u>THE COUNTY TRUST CO.   (A-1)</u><br>  Stewart W. Rowe, Esquire<br>  175 Main Street<br>  White Plains, New York   10601 |

| No. | Plaintiff | Defendant |
|---|---|---|
| | | BOB BAIN CHEVROLET (A-1)<br>  Martin Mushkin, Esquire<br>  Philips & Mushkin<br>  230 Park Avenue<br>  New York, New York 10017<br><br>FIRST NATIONAL CITY BANK (A-1)<br>  W. Foster Wollen, Esquire<br>  Shearman & Sterling<br>  53 Wall Street<br>  New York, New York 10005<br><br>BETTER BUSINESS BUREAU OF WESTERN NEW YORK, INC. (A-1)<br>  David K. Floyd, Esquire<br>  Phillips, Lytle, Hitchcock, Blaine & Huber<br>  Marine Trust Building<br>  Buffalo, New York 14203<br><br>DISCOUNT CORPORATION OF DELAWARE, INC. (A-1)<br>  Rogers M. Doering, Esquire<br>  Simpson, Thatcher & Bartlett<br>  One Battery Park Plaza<br>  New York, New York 10004<br><br>BATES PONTIAC CORP. (A-1)<br>  Bernard Trencher, Esquire<br>  535 Fifth Avenue<br>  New York, New York 10017<br><br>COMMERCIAL CREDIT CORP. (A-1)<br>  Alfred L. Shiels, Esquire<br>  122 East 42nd Street<br>  New York, New York 10017<br><br>AL MARONNE FORD, INC. (A-1)<br>  John O. Delamater, Esquire<br>  Frank and Delamater<br>  217 Broadway<br>  New York, New York 10007<br><br>Rusher Ford Sales, Inc.<br>13151 Broadway<br>Alden, New York 14004<br><br>PARAGON OLDS. INC.<br>  Sidney Weisberg, Esq.<br>  10 East 40th Street<br>  New York, New York |

p. 1

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 116 -- IN RE ADVERTISING RATE ANTITRUST LITIGATION

## COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| ✓ General Motors Corp. | A-1 |
| ✓ Frederick G. Donner | A-1 |
| ✓ James P. Roche | A-1 |
| ✓ Ford Motor Co. | A-1 |
| Henry Ford II | A-1 |
| Lee Iacocca | A-1 |
| Senon E. Knudsen | A-1 |
| ✓ Chrysler Corp. | A-1 |
| ✓ American Motors Corp. | A-1 |
| ✓ Bob Bain Chevrolet | A-1 |

p. 2

| | | |
|---|---|---|
| ✓ Bano Buick, Inc. | A-1 | |
| ✓ Bates Pontiac Corp. | A-1 | |
| ✓ Paul Batt Buick, Inc. | A-1 | |
| ✓ Glen Campbell Chevrolet, Inc. | A-1 | |
| Curry Chevrolet, Inc. *dismissed* | A-1 | |
| ✓ Ken Dengler Chevrolet-Oldsmobile, Inc. | A-1 | |
| ✓ Gotham Ford Inc. | A-1 | |
| ✓ Grand Ford, Inc. | A-1 | |
| Hallman Central Chevrolet Co., Inc. *dismissed* | A-1 | |
| ✓ Hamister-Gillogly Chevrolet, Inc. | A-1 | |
| ✓ Luby Chevrolet, Co., Inc. | A-1 | |

Case MDL No. 116   Document 1   Filed 04/30/15   Page 10 of 15

p. 3

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 116 -- In re Advertising Rate Antitrust Litigation

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| ✓ Mark Buick Corp. | A-1 |
| ✓ Al Maronne Ford Inc. | A-1 |
| ✓ Marty Motors Corp. | A-1 |
| Midtown Chevrolet, Inc | A-1 |
| ✓ Paragon Oldsmobile, Inc. | A-1 |
| ✓ Robin Ford Sales, Inc. | A-1 |
| ✓ Ruckle Pontiac, Co., Inc. | A-1 |
| ✓ Rusher Ford Sales, Inc | A-1 |
| ✓ Niagara Frontier Automobile Dealers Assn., Inc. | A-1 |
| ✓ Associates Discount Corp. of Delaware, Inc. | A-1 |

| | |
|---|---|
| Bank of Delaware | A-1 |
| C.I.T. Financial Corp. | A-1 |
| Citizens Bank & Trust Co. of Maryland *dismissed* | A-1 |
| Commercial Credit Corp. | A-1 |
| County Trust Co. | A-1 |
| First National City Bank | A-1 |
| General Motors Acceptance Corp. | A-1 |
| Suburban Trust Co. *dismissed* | A-1 |
| Westbrook Trust Co. *dismissed* | A-1 |
| Wilmington, Trust Co. *dismissed* | A-1 |
| The Better Business Bureau of Metropolitan New York, Inc. | A-1 |

p. 5

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 116 -- In re Advertising Rate Antitrust Litigation

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| National Better Business Bureau, Inc. | A-1 |
| The Buffalo Courier-Express, Inc. | A-1 |
| Bulletin Co. | A-1 *dismissed* |
| Call-Chronicle Newspapers, Inc. | A-1 *dismissed* |
| Dayton Newspapers, Inc. | A-1 *dismissed* |
| Dow Jones & Co., Inc. | A-1; A-2 |
| Easton Publishing Co. | A-1 *dismissed* |
| The Evening Star Newspaper Co. | A-1 *dismissed* |
| Landmark Communications, Inc. | A-1 *dismissed* |
| New York News, Inc. | A-1 |

| | |
|---|---|
| The New York Times Co., Inc. | A-1; A-2; A-3 |
| Newsday, Inc. | A-1 |
| The News-Journal Co. | A-1 *dismissed* |
| Niagara Falls Gazette | A-1 |
| The Plain Dealer | A-1 *dismissed* |
| Westchester Rockland Newspapers, Inc. | A-1 |
| Successors in Interest to the Wordl Journal Tribune | A-1 |
| New York Post Corp. | A-2 |
| Newmark, Posner & Mitchell, Inc. | A-2 |
| Winer & Baum, Inc. | A-2 |
| Cromwell Advertising Agency, Inc. | A-2 |

p. 7

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 116 -- In re Advertising Rate Antitrust Litigation

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Time Inc. | A-3 |
| J. Walter Thompson Co. | A-3 |
| Young & Rubicam Inter'l, Inc. | A-3 |
| Batten, Barton, Durtsine, & Osborne, Inc. | A-3 |
| Ted Bates & Co., Inc. | A-3 |
| American Association of Advertising Agencies, Inc. | A-3 |