BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 116 -- IN RE ADVERTISING RATE ANTITRUST LITIGATION

ORDER

It appearing that prior to the Panel hearing in the above-captioned litigation a stipulation for transfer of the action pending in the Eastern District of Pennsylvania to the Southern District of New York under 28 U.S.C. §1404(a) was agreed to by the parties, that subsequent to said hearing such transfer was ordered by the Honorable Louis Charles Bechtle of the Eastern District of Pennsylvania and that, therefore, the statutory criteria for transfer pursuant to 28 U.S.C. §1407 no longer exist,

IT IS ORDERED that the motion for transfer under 28 U.S.C. §1407 be, and the same hereby is, DENIED as moot.

FOR THE PANEL:

Alfred P. Murrah
Chairman

SCHEDULE A                                         DOCKET NO. 116

## SOUTHERN DISTRICT OF NEW YORK

National Auto Brokers Corp., et al. v.          Civil Action
General Motors Corp., et al.                    No. 70 Civ. 5421

Times Square Associates and Ira Jay Sands       Civil Action
v. New York Times Co., et al.                   No. 72 Civ. 3515

## EASTERN DISTRICT OF PENNSYLVANIA

Ambook Enterprises v. Time Inc., et al.         Civil Action
                                                No. 72-1058